AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMADOR COUNTY, CALIFORNIA

**SUMMONS IN A CIVIL CASE**

V.

GALE A. NORTON, et al.

CASE NUMBER: 05-658-RWR

TO: (Name and address of Defendant)

United States Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis J. Whittlesey
Jackson Kelly PLLC
2401 Pennsylvania Avenue, N.W. - Suite 400
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                APR 05 2005

CLERK                                                  DATE

_Jackie Frances_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 12, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Anna I. Walter | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  <u>Certified U.S. Mail (See Exhibit A attached hereto).</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/05
_____
Date

*Signature of Server*  /s/ Anna I. Walter

Jackson Kelly PLLC
2401 Penna. Ave., N.W., Suite 400
Washington, D.C. 20037
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT A



# Track & Confirm

**Current Status**

You entered 7003 1680 0001 2450 5972

Your item was delivered at 8:35 am on April 08, 2005 in WASHINGTON, DC 20240.

( Shipment Details > )

**Notification Options**

▶ Track & Confirm by email    What is this?    ( Go > )

POSTAL INSPECTORS
Preserving the Trust

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: U.S. Dept of Interior
Street, Apt. No.; or PO Box No. 1849 C St NW
City, State, ZIP+4: Wash., DC 20240

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0001 2450 5972

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output     4/8/05