AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMADOR COUNTY, CALIFORNIA

**SUMMONS IN A CIVIL CASE**

V.

GALE A. NORTON, et al.

CASE NUMBER 1:05CV00658

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Revie

DATE STAMP: 04/01/2005

TO: (Name and address of Defendant)

Gale A. Norton
Secretary
United States Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis J. Whittlesey
Jackson Kelly PLLC
2401 Pennsylvania Avenue, N.W. - Suite 400
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

APR - 1 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 12, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Anna I. Walter | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

x☐ Other (specify): <u>Certified U.S. Mail (See Exhibit A attached hereto).</u>

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/12/05                    *Anna I. Walter*
              Date                      *Signature of Server*

                                        Jackson Kelly PLLC
                                        2401 Penna. Ave., N.W., Suite 400
                                        Washington, D.C. 20037
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT  A



**UNITED STATES POSTAL SERVICE®**

## Track & Confirm

**Current Status**

You entered 7003 1680 0001 2450 6085

Your item was delivered at 8:35 am on April 08, 2005 in WASHINGTON, DC 20240.

( Shipment Details > )

**Notification Options**

▸ **Track & Confirm by email**    What is this?    ( Go > )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark
Here

Sent To *Gale A. Norton, Secretary*
Street, Apt. No.; or PO Box No. *1849 C St NW*
City, State, ZIP+4 *Wash., DC 20240*

7003 1680 0001 2450 6085

PS Form 3800, June 2002          See Reverse for Instructions